1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   JAY T. RAMSEY, Cal. Bar No. 273160
3  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6055
4  Telephone:  310.228.3700
   Facsimile:   310.228.3701
5  jramsey@sheppardmullin.com

6  Attorneys for Defendant
   CLICKSPARK, LLC, d.b.a.
7  DEGFREEMATCH

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 | ROBERT BOHLKE, INDIVUDALLY AND ON BEHALF OF ALL OTHERS | Case No. 2:15-CV-3109-MWF-PJW |
   | SIMILARLY SITUATED, | |
12 | | **DEFENDANT CLICKSPARK, LLC,** |
13 |          Plaintiff, | **d.b.a. DEGREEMATCH'S NOTICE** |
   | | **OF INTERESTED PARTIES AND** |
14 |      v. | **CORPORATE DISCLOSURE** |
   | | **STATEMENT** |
15 | CLICKSPARK, LLC, d.b.a. | |
   | DEGREEMATCH, | |
16 | | |
   |          Defendant. | |
17

18

19

20

21

22

23

24

25

26

27

28
{00120789;1}

1      Pursuant to Fed. R. Civ. P. 7.1(a) and Central District Local Rule 7.1-1, the

2  undersigned counsel of record for defendant Clickspark, LLC, d.b.a. Degreematch

3  (private non-governmental party), certifies that no corporation owns 10% or more of

4  Clickspark, LLC's stock.

5

6  Dated:  June 22, 2015     SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP

7

8               By          /s/ *Jay T. Ramsey*

                                JAY T. RAMSEY

9

10               Attorneys for Defendant
          CLICKSPARK, LLC, d.b.a. DEGREEMATCH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28